[Nos. 7924-1-II; 8658-1-II.   Division Two.   February 24, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD CHRISTOPHER GALBERT, *Appellant*.

Appeals from a judgment of the Superior Court for Clark County, No. 84-1-00077-5, Robert L. Harris, J., entered June 7, 1984, and March 29, 1985. *Affirmed* by unpublished opinion per Soule, J. Pro Tem., concurred in by Dolliver and Maddock, JJ. Pro Tem.

[No. 8395-7-II.   Division Two.   February 24, 1987.]

EUNICE D. BUTLER, *Appellant*, v. ROCHE PRODUCTS, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 83-2-03449-9, Nile E. Aubrey, J., entered January 9, 1985. *Affirmed* by unpublished opinion per Skimas, J. Pro Tem., concurred in by Dolliver and Kirkwood, JJ. Pro Tem.

[No. 8408-2-II.   Division Two.   February 24, 1987.]

THE STATE OF WASHINGTON, *Appellant*, v. MARCEE L. TINDALL, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 84-1-00406-0, Karen B. Conoley, J., entered January 17, 1985. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Brown and Draper, JJ. Pro Tem.